UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TYRONE CLAYBORNE,

    Plaintiff,

v.                                            Case No. 3:22cv557-TKW-HTC

FORT WALTON BEACH MEDICAL CENTER,
SUNSHINE MEDICAL, and DR. PATTEL,

    Defendants.
_____/

ORDER

    This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this Court lacks subject matter jurisdiction over this case because the complaint asserts a state law claim and plaintiff and at least one of the defendants are citizens of Florida. Accordingly, it is

    **ORDERED** that:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

3. The Clerk shall close the case file.

**DONE and ORDERED** this 14th day of February, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**